IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRISTAL VALENTINO, :
:
                   Plaintiff, :   Civil Action No.:
:
    -against- :
:
KATHY L. RUMER, D.O., F.A.C.O.S. :
and DELAWARE VALLEY AESTHETICS, PLLC :
d/b/a RUMER COSMETIC SURGERY, :
:
                  Defendants. :

## CERTIFICATE OF MERIT AS TO DEFENDANT
## DELAWARE VALLEY AESTHETICS, PLLC d/b/a RUMER COSMETIC SURGERY

    I, Kristy L. Bruce, Esquire, certify that:

    The claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm to plaintiff, Cristal Valentino.

Date:  9/5/18

                                               Kristy L. Bruce, Esquire
                                               Attorney for the Plaintiff