IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISTAL VALENTINO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: |
| | : | |
| -against- | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. | : | |
| and DELAWARE VALLEY AESTHETICS, PLLC | : | |
| d/b/a RUMER COSMETIC SURGERY, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF MERIT AS TO DEFENDANT
## KATHY L. RUMER, D.O., F.A.C.O.S.

I, Kristy L. Bruce, Esquire, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant, Kathy L. Rumer, D.O., F.A.C.O.S., in the treatment, practice or work that is the subject of the Complaint fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm to plaintiff, Cristal Valentino.

Date:  9/5/18

_Kristy L. Bruce_
Kristy L. Bruce, Esquire
Attorney for the Plaintiff