IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISTAL VALENTINO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 18-3816 |
| | : | |
| -against- | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. | : | |
| and DELAWARE VALLEY AESTHETICS, PLLC | : | |
| d/b/a RUMER COSMETIC SURGERY, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SCOTT H. SESKIN

**IT IS HEREBY ORDERED** that counsel's Motion Pursuant to Local Rule 83.5.2(b) for the Admission of Counsel, Scott H. Seskin, Esquire, *Pro Hac Vice* to practice in this court is **GRANTED.**

Date _____

_____
United States District Judge