IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRISTAL VALENTINO,<br><br>        Plaintiff,<br><br>v.<br><br>KATHY L. RUMER, D.O., F.A.C.O.S. and DELAWARE VALLEY AESTHETICS, PLLC d/b/a RUMER COSMETIC SURGERY,<br><br>        Defendants. | CIVIL ACTION<br>NO. 18-cv-3816 |

## ORDER

**AND NOW**, this 16th day of November 2018, upon consideration of Kristy L. Bruce, Esquire's Motion for Pro Hac Vice Admission of Mr. Scott H. Seskin, Esquire to appear on behalf of Plaintiff Cristal Valentino (Doc. No. 4), it is **ORDERED** that the Motion for Pro Hac Vice Admission is **GRANTED**.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.