IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISTAL VALENTINO | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-03816 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter an appearance on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

GERMAN, GALLAGHER & MURTAGH

BY: _____
Lauren A. Green
Identification No. 322622

Attorneys for Defendants
Kathy L. Rumer, D.O., F.A.C.O.S.
and Delaware Valley Aesthetics, PLLC,
d/b/a Rumer Cosmetic Surgery

The Bellevue, 5th Floor
200 S. Broad Street
Philadelphia, PA 19102
T: 215-545-7700
F: 215-732-4182
greenl@ggmfirm.com

1704552_1