# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISTAL VALENTINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| KATHY L. RUMER, et al | : | NO. 18-3816 |

# O R D E R

AND NOW this 21st day of May, 2019, it is hereby **ORDERED** that the settlement conference in the above-captioned matter has been rescheduled to July 16, 2019 at 2:00 p.m. All parties necessary to settle the case or delegate(s) with full authority must attend this conference, unless excused by this court in advance.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE