

# GERMAN, GALLAGHER & MURTAGH
**A Professional Corporation**

Attorneys at Law

| | | | |
|---|---|---|---|
| DEAN F. MURTAGH | KATHRYN A. DUX | **THE BELLEVUE - SUITE 500**<br>**200 S. BROAD STREET**<br>**PHILADELPHIA, PA 19102-3814** | EDWARD C. GERMAN<br>1922 - 2009 |
| GARY R. GREMMINGER * | KIM R. PLOUFFE | | |
| JOHN P. SHUSTED * | GARY H. HUNTER | ——— | MICHAEL D. GALLAGHER<br>1949 - 1999 |
| JEFFREY D. LAUDENBACH * | MARNI J. STAHL * | **TELEPHONE (215) 545-7700**<br>**FAX (215) 732-4182** | |
| CHILTON G. GOEBEL, III | YANA N. SHAPIRO * | Email: goebelc@ggmfirm.com | ——— |
| MICHAEL J. DOLAN * | JACOB C. LEHMAN * | ——— | NEW JERSEY OFFICE<br>20 BRACE ROAD, SUITE 200<br>CHERRY HILL, NJ 08034 |
| BRIAN O. SUMNER * | MATTHEW J. McCOLGAN * | Direct Dial No. | TELEPHONE (856) 235-8022<br>FAX (856) 235-6392 |
| NIKKI A. MOSCO * | LAUREN A. GREEN * | (215) 875-4023 | |
| SYLVIA A. MCCULLOUGH | ARI J. SLIFFMAN * | | ——— |
| ANDRE J. WEBB | | | |

\*   ALSO MEMBER NJ BAR

September 10, 2019

**ALFA** INTERNATIONAL
THE GLOBAL LEGAL NETWORK

Honorable Joel H. Slomsky
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 13614
Philadelphia, PA 19106-1748

  **Re:**   **Valentino v. Rumer, et al**
     **Civil Action No. 18-3816**
     **Our File No. 2710-222**

Dear Judge Tucker:

  Please be advised that the parties have reached an agreement to submit the above-captioned matter to binding high-low arbitration. The Court can remove the matter from its trial list for trial beginning Monday, October 7, 2019.

  I thank you for your attention in this regard.

          Respectfully yours,

          GERMAN, GALLAGHER & MURTAGH, P.C.


         BY: /s/ Chilton G. Goebel, III
           Chilton G. Goebel, III

CGG/lg
cc:  Scott Seskin, Esquire  ss@seskinlaw.com
   Kristy L. Bruce, Esquire  kbruce@njpa-law.com

1796249_1.docx