IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VALENTINO,

                Plaintiff,

    v.

RUMER, et al.,

                Defendants.

CIVIL ACTION
NO. 18-3816

## ORDER

**AND NOW**, this 7th day of October 2019, upon consideration of the letter (Doc. No. 14) from the parties, dated September 10, 2019, informing the Court that the above-captioned case has settled, it is **ORDERED** as follows:

1.      The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2.      The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.