**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRISTAL VALENTINO | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-03816 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of John P. Shusted, Esquire on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

                      GERMAN, GALLAGHER & MURTAGH

                      BY: */s/ John P. Shusted*
                              John P. Shusted
                              Identification No. 44675
                              The Bellevue, 5th Floor
                              200 S. Broad Street
                              Philadelphia, PA 19102
                              T:  215-545-7700
                              F:  215-732-4182
                              shustedj@ggmfirm.com

                              Attorney for Defendants
                              Kathy L. Rumer, D.O., F.A.C.O.S.
                              and Delaware Valley Aesthetics, PLLC,
                              d/b/a Rumer Cosmetic Surgery